IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CR 06 80 S

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. |
| | ) | In violation of 18 U.S.C. §§ |
| | ) | 111 (a)(1) and (b) and 1114 |
| KACEY D. JONES | ) | |

INDICTMENT

The Grand Jury Charges that:

COUNT I

On or about May 11, 2006 in the District of Rhode Island, the defendant, KACEY D. JONES, did knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with a person assisting an officer and employee of the United States, to wit James Laurie ("Laurie"), while Laurie was engaged in, and on account of, the performance of his official duties, and thereby inflicted bodily injury on Laurie.

SCANNED

All in violation of 18 U.S.C. §§ 111 (a)(1) and (b) and 1114.

A TRUE BILL:

REDACTED

GRAND JURY FOREPERSON

ROBERT CLARK CORRENTE
United States Attorney

GERARD B. SULLIVAN
Assistant U.S. Attorney
Criminal Chief

RICHARD W. ROSE
Assistant U.S. Attorney

Date: 7-12-06