AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

U.S.

V.

Kacey D. Jones

APPEARANCE

CASE NUMBER: CR 06-80S.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Kacey Jones

I certify that I am admitted to practice in this court.

7-18-06

*Date*

[signature]

*Signature*

Edward C Roy 3029

*Print Name* *Bar Number*

10 Weybosset St.

*Address*

Prov RI 02903

*City* *State* *Zip Code*

401-528-4281

*Phone Number* *Fax Number*

m was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.