1191707

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

**UNITED STATES OF AMERICA**

v.

KACEY D. JONES

**WARRANT FOR ARREST**

CASE NUMBER: CR06-80S

RECEIVED
JUL 12 2006
US MARSHALS
RHODE ISLAND

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest KACEY D. JONES
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

ASSAULT

in violation of Title 18 United States Code, Section(s) 111(a)(1) and (b) and 114

| | |
|---|---|
| JEANNINE THEALL<br>Name of Issuing Officer | DEPUTY CLERK<br>Title of Issuing Officer |
| [signature]<br>Signature of Issuing Officer | July 12, 2006 - PROVIDENCE, RI<br>Date and Location |

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at | | |
| DATE RECEIVED 07/12/2006 | NAME AND TITLE OF ARRESTING OFFICER Brian McDonald DUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 07/18/2006 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.