**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-80S** |
| | ) | |
| **KACEY JONES** | ) | |

---

## MOTION FOR CONTINUANCE OF EMPANELMENT

Now comes the accused, Kacey Jones, by and through his counsel, and moves this Honorable Court to continue the trial of this matter, currently scheduled for empanelment on September 6, 2006 for an additional ninety (90) days.

The trial of this matter is currently scheduled for jury empanelment on September 6, 2006, and trial thereafter. In support of this request, counsel states that the defendant has provided defense counsel with facts that may lead to a defense of his mental disease or defect. In order to adequately evaluate this defense, defense counsel needs a number of medical records which have been recently requested, however, have not yet been received. The defendant has a significant history of prior mental health evaluations from several facilities in the State of Massachusetts.

The time requested under this motion is specifically excludable under the Speedy Trial Act, 18 USC § 3161(h)(8)(A), the ends of justice served by the granting of this request outweigh the interest of the government and the defendant in a speedy trial.

Respectfully submitted
Kacey Jones
By his attorney,

/s/ Edward C. Roy, Jr.
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I mailed a copy of this motion by electronic notification to Richard Rose, Assistant United States Attorney, on August 21, 2006.

/s/ Edward C. Roy, Jr.