**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-80S** |
| | ) | |
| **KACEY JONES** | ) | |

---

## MOTION FOR CONTINUANCE OF EMPANELMENT

Now comes the accused, Kacey Jones, by and through his counsel, and moves this Honorable Court to continue the trial of this matter, currently scheduled for empanelment on December 5, 2006 for an additional sixty (60) days.

The trial of this matter is currently scheduled for jury empanelment on December 5, 2006, and trial thereafter. In support of this continuance request, counsel states that he only recently received all of the defendant's records from prior institutions where he was incarcerated and needs the additional time to have a psychiatrist consult with the defendant who is incarcerated at the Massachusetts Correctional Center at Walpole, MA.

The time requested under this motion is specifically excludable under the Speedy Trial Act, 18 USC § 3161(h)(8)(A), the ends of justice served by the granting of this request outweigh the interest of the government and the defendant in a speedy trial.

Respectfully submitted
Kacey Jones
By his attorney,

/s/ Edward C. Roy, Jr.
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I mailed a copy of this motion by electronic notification to Richard Rose, Assistant United States Attorney, on November 20, 2006.

/s/ Edward C. Roy, Jr.