# United States District Court

DISTRICT OF

RHODE ISLAND

UNITED STATES OF AMERICA

V.

KACEY JONES

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 1:06-CR-80S

TO: Keeper of Records
Donald W. Wyatt Detention Facility
950 High Street
Central Falls, RI 02863

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
| --- | --- |
| United States Distrct Court<br>District of Rhode Island<br>One Exchange Terrace<br>Providence, RI 02903 | Judge William E. Smith<br>Courtroom 2<br>DATE AND TIME<br>December 13, 2006<br>9:30 a.m. |

[X] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

All records of any inmates housed in the same area as Kacey Jones between May 4 and May 11, 2006.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
| --- | --- |
| (BY) DEPUTY CLERK<br>Barbara Barletta | 12/8/06 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

Edward C. Roy, Assistant Federal Defender
10 Weybosset Street, Suite 300, Providence, RI 02903 (401) 528-4281

# PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 12-11-06 | FEDERAL DEFENDER OFFICE |
| SERVED | 12-11-06 | DONALD W. WYATT DETENTION FACILITY |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| FLORENCE RAINVILLE | ☐ YES ☒ NO AMOUNT $ ______ |
| **SERVED BY (PRINT NAME)** | **TITLE** |
| DANIEL R. FORTIER | INVESTIGATOR |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 12-11-06 
Date

Daniel R Fortier
Signature of Server

FEDERAL DEFENDER OFFICE, 10 WEYBOSSET ST #300
PROVIDENCE, R.I.
Address of Server

ADDITIONAL INFORMATION

In hand service.