**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-80S** |
| | ) | |
| **KACEY JONES** | ) | |

---

**MOTION FOR ISSUANCE OF RULE 17C SUBPOENA**

Now comes the accused, Kacey Jones, by and through his counsel, and moves this Honorable Court to direct the Donald W. Wyatt Detention Facility to produce a copy of the personnel file of Officer James Laurie, the alleged victim in this case, for an in-camera review by the Court to determine the admissibility of any portions of the file.

Respectfully submitted
Kacey Jones
By his attorney,

/s/ Edward C. Roy, Jr.
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
edward_roy@fd.org

**CERTIFICATION**

I hereby certify that I delivered a copy of this motion by electronic notification to Richard Rose, Assistant United States Attorney, on December 27, 2006.

/s/ Edward C. Roy, Jr.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-80S** |
| | ) | |
| **KACEY JONES** | ) | |

---

**MEMORANDUM IN SUPPORT OF MOTION FOR ISSUANCE OF RULE 17C SUBPOENA**

Officer James Laurie is the alleged victim of the assault charge that has been filed against the defendant in the indictment. The government has disclosed some information involving Mr. Laurie just prior to the assault. The defendant seeks to learn if there are any other allegations of assault, abuse or other evidence that might be admissible in the defendant's trial when defense counsel cross-examines Officer Laurie.

Respectfully submitted
Kacey Jones
By his attorney,

/s/ Edward C. Roy, Jr.
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
edward_roy@fd.org

**CERTIFICATION**

I hereby certify that I delivered a copy of this motion by electronic notification to Richard Rose, Assistant United States Attorney, on December 27, 2006.

/s/ Edward C. Roy, Jr.