**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-80S** |
| | ) | |
| **KACEY JONES** | ) | |

---

## NOTICE OF INTENTION TO RELY ON INSANITY DEFENSE

Now comes the accused, Kacey Jones, and notifies the government of his intent to rely on the defense of insanity, pursuant to Rule 12.2(a) of the Federal Rules of Criminal Procedure. The defendant is in the process of having an evaluation completed by Marilyn Price, MD, a forensic psychiatrist hired by the defendant and will provide the government with a copy of the report once the report has been received.

Respectfully submitted
Kacey Jones
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Fax: (401) 528 - 4285
Edward_Roy@fd.org

**CERTIFICATION**

I hereby certify that I mailed a copy of this motion by electronic notification to Richard Rose, Assistant United States Attorney, on January 5, 2007.

/s/ Edward C. Roy, Jr.