**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-80S** |
| | ) | |
| **KACEY JONES** | ) | |

---

**MOTION TO ENLARGE TIME**

Now comes the accused, Kacey Jones, and moves to enlarge the time for filing a Rule 12.2 notice of insanity defense on the grounds that defense counsel had Mr. Jones examined for the first time by Marilyn Price, MD, a forensic psychiatrist hired by the defense on January 4, 2007 at Massachusetts State Prison at Walpole. The delay between January 4 from the defendant's arraignment is due to the fact that defense counsel had to obtain records from a variety of sources throughout the State of Massachusetts. Defense counsel was not able to make an educated decision as to whether or not it was worth hiring a psychiatrist to review the case until all of the records were in fact reviewed. Defense counsel also requests that this Court enlarge the time for him to provide the government with notice that Dr. Marilyn Price will act as an expert for the same reasons set forth above.

Respectfully submitted
Kacey Jones
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Fax: (401) 528 - 4285
Edward_Roy@fd.org

**CERTIFICATION**

I hereby certify that I mailed a copy of this motion by electronic notification to Richard Rose, Assistant United States Attorney, on January 5, 2007.

/s/ Edward C. Roy, Jr.