**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-80S** |
| | ) | |
| **KACEY JONES** | ) | |

**MOTION FOR CONTINUANCE OF EMPANELMENT**
**AND INCORPORATED MEMORANDUM**

Now comes the accused, Kacey Jones, by and through his counsel, and moves this Honorable Court to continue this matter to the Court's May trial calender.

In support of this continuance request, counsel states that defendant's expert, Marilyn Price, M.D. will need to visit the defendant at least one more time prior to completing a report. In addition, defense counsel and Dr. Price have requested additional records on behalf of the defendant so as to allow Dr. Price to complete her report.

The time requested under this motion is specifically excludable under the Speedy Trial Act, 18 USC § 3161(h)(8)(A), the ends of justice served by the granting of this request outweigh the interest of the government and the defendant in a speedy trial.

Respectfully submitted
Kacey Jones
By his attorney,

/s/ Edward C. Roy, Jr.
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I mailed a copy of this motion by electronic notification to Richard Rose, Assistant United States Attorney, on January 22, 2007.

/s/ Edward C. Roy, Jr.