**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-80S** |
| | ) | |
| **KACEY JONES** | ) | |

**MOTION FOR CONTINUANCE OF EMPANELMENT**
**AND INCORPORATED MEMORANDUM**

Now comes the accused, Kacey Jones, by and through his counsel, and moves this Honorable Court to continue this matter for an additional sixty (60) days.

In support of this continuance request, counsel states that he is awaiting the completion of the expert evaluation as to the defendant's state of mind at the time of the incident set out in the indictment.

The time requested under this motion is specifically excludable under the Speedy Trial Act, 18 USC § 3161(h)(8)(A), the ends of justice served by the granting of this request outweigh the interest of the government and the defendant in a speedy trial.

KACEY JONES
By his attorney,

/s/ Edward C. Roy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Fax: (401) 528 - 4285
Edward_Roy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Zechariah Chafee, AUSA on the 28th day of March, 2007.

/s/ Edward C. Roy