Report Number: 06-609 K

Pg 1 of 2

# DONALD W. WYATT DETENTION FACILITY
# INCIDENT REPORT

| TIME : | 4:00pm | DATE : | 5/11/06 | PLACE OCCURRED : | HSU |
|---|---|---|---|---|---|

| ~~INMATE~~'S NAME : | *C. O. Laurie, James* | HOUSING UNIT : | *N/A* |
|---|---|---|---|

| CODES & SUBJECT : | *Code Blue/Activated body alarm/injury check* |
|---|---|

| FROM : | *C. Northup, LPN* | DEPARTMENT: | *HSU* |
|---|---|---|---|

**On above date and at approximately 3:25pm C. O. Laurie was examined in HSU following a code blue in E-pod. Injuries noted were the following: 1)redness, swelling and abrasions to right forehead, eye and facial areas, 2)several abrasions with swelling to right elbow area, 3)several abrasions to right inner wrist. All areas cleansed with normal saline. C. O. Laurie advised by medical staff to have X-rays taken of his right eye and elbow. Shift commander aware of above.**

Signature C. Northup LPN

## Supervisors Action Taken

SUPPLEMENTAL TO SIGNIFICANT DATED 5-11-06

Date: 5-11-06 Signature: [signature]

| To: | From: |
|---|---|

Comments/Action Taken:

# Donald W. Wyatt Detention Facility

## Detainee Visual Inspection Form

Mark Diagrams as appropriate and describe anterior and posterior scars, bruises, contusions and lacerations.

~~Detainee~~ Name: C. O. LAURIE, JAMES

Date: 5-11-06

Time: 3 25

Report Number: 06-609 K pg 2 of 2




*Name/Signature of Examining Provider*

| |
|---|
| 1. Name: (Last) (First)<br>NORTHUP, CRYSTAL |
| 2. Signature<br>C. [signature] |