Next Part

18 U.S.C.A. § 111

United States Code Annotated Currentness
Title 18. Crimes and Criminal Procedure (Refs & Annos)
Part I. Crimes (Refs & Annos)
Chapter 7. Assault

**§ 111. Assaulting, resisting, or impeding certain officers or employees**

**(a) In general.**--Whoever--

**(1)** forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties; or
**(2)** forcibly assaults or intimidates any person who formerly served as a person designated in section 1114 on account of the performance of official duties during such person's term of service,

shall, where the acts in violation of this section constitute only simple assault, be fined under this title or imprisoned not more than one year, or both, and in all other cases, be fined under this title or imprisoned not more than 8 years, or both.

**(b) Enhanced penalty.**--Whoever, in the commission of any acts described in subsection (a), uses a deadly or dangerous weapon (including a weapon intended to cause death or danger but that fails to do so by reason of a defective component) or inflicts bodily injury, shall be fined under this title or imprisoned not more than 20 years, or both.

CREDIT(S)

(June 25, 1948, c. 645, 62 Stat. 688; Nov. 18, 1988, Pub.L. 100-690, Title VI, § 6487(a), 102 Stat. 4386; Sept. 13, 1994, Pub.L. 103-322, Title XXXII, § 320101(a), 108 Stat. 2108; Apr. 24, 1996, Pub.L. 104-132, Title VII, § 727(c), 110 Stat. 1302; Nov. 2, 2002, Pub.L. 107-273, Div. C, Title I, § 11008(b), 116 Stat. 1818.)

HISTORICAL AND STATUTORY NOTES

Revision Notes and Legislative Reports

1948 Acts. Based on Title 18, U.S.C., 1940 ed., §§ 118, 254 (Mar. 4, 1909, c. 321, § 62, 35 Stat. 1100 [derived from Mar. 3, 1905, c. 496, § 5, 33 Stat. 1265]; May 18, 1934, c. 299, § 2, 48 Stat. 781).

This section consolidates §§ 118 and 254 with changes in phraseology and substance necessary to effect the consolidation.

Also the words "Bureau of Animal Industry of the Department of Agriculture" appearing in § 118 of Title 18, U.S.C., 1940 ed., were inserted in enumeration of Federal officers and employees in § 1114 of this title.

The punishment provision of § 254 of Title 18, U.S.C., 1940 ed., was adopted as the latest expression of Congressional intent. Thus consolidation eliminates a serious incongruity in punishment and application. 80th Congress House Report No. 304.

1988 Acts. For Related Reports, see 1988 U.S. Code Cong. and Adm. News, p. 5937.