UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-80 S

KACEY JONES :

**DEFENDANT'S PRE-TRIAL MEMORANDUM**

The defendant, Kacey Jones, hereby files this Pre-Trial Memorandum.

1. The Indictment

The indictment in this case charges that the defendant did "knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with a person assisting an officer and employee of the government, to wit James Laurie ("Laurie"), while Laurie was engaged in, and on account of, the performance of his official duties. . . ", in violation of 18 U.S.C. §§ 111(a)(1) and (b) and 1114.

In essence, the defendant is charged with committing an assault on a private correctional officer, James Laurie, who was employed at the Wyatt Correctional Center. The defense intends to plead the defense of self defense.

2. Self Defense

The defendant's defense of self defense will be presented through the testimony of two inmates, who witnessed the incident alleged in the indictment.

The testimony will establish that Laurie was profane and extremely abusive to Mr. Jones just prior to the altercation. In addition, the defense will present the testimony of Chris Morelli, who works at the Donald W. Wyatt Detention Facility. Mr. Morelli received an abusive phone call from Officer Laurie moments before the incident involving Mr. Jones. The defendant will seek to introduce testimony from the medical staff at the Wyatt Detention facility to show that Mr. Jones was taking psychiatric medication at the time of the incident and had complained that he didn't feel right in the days that immediately preceded the incident of May 11, 2006. The defendant intends to seek the standard self-defense instructions, copy attached.

In terms of case law on point to the issues of this case, defense counsel would direct the court and the government to the following. United States v. Cuffy, 2004 U.S. Dist. LEXIS 26372 ( W.D. TX. December 22, 2004), ( Description of "fighting words" doctrine); United States v. McDermott, 971 F. Supp. 939 (E.D. PA 1997), ( Discussion of "fighting words" in context of disorderly conduct trial.); Rhode Island General Laws, § 11-45-1(prohibiting disorderly conduct). See Also Lewis v. City of New Orleans, 415 U.S. 130 (1974) (Justice Powell concurring), ( Police officer expected to possess higher degree of restraint than the average citizen).

3. Length Of Trial

Defendant's case shall consist of three or four witnesses and will last approximately one half day.

4. Pending Legal Issues

There is pending before the court a motion to dismiss.

5. Exhibits

Defense counsel anticipates that he will introduce either one or two exhibits. Exhibit A is an incident report involving Laurie and Christopher Morelli. Exhibit B will be the defendant's medical records from Wyatt.

KACEY JONES,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281

**CERTIFICATION**

I hereby certify that I caused a copy of the within to be served on AUSA Zechariah Chafee, AUSA by way of ECF case filing on the 5th day of July, 2007.

/s/ Edward C. Roy, Esq.