**5.04 Self-Defense**

[Updated: 8/25/06]

If you find that the government has proven beyond a reasonable doubt all the elements of the crime, you must then determine whether [defendant] has proven by a preponderance of the evidence that [he/she] committed the crime solely in self-defense. For you to find [defendant] not guilty solely because of self-defense, you must be persuaded that [defendant] has proven each of these things by a preponderance of the evidence:

> First, [defendant] reasonably believed that it was necessary to use force for the defense of [himself/herself] or another against the immediate use of unlawful force.
>
> Second, [defendant] used no more force than appeared reasonably necessary in the circumstances.

"Preponderance of the evidence" is evidence that considered in light of all the facts, leads you to believe that what [he/she] claims is more likely true than not.

## Comment

(1) In United States v. Holliday, ___ F.3d ___, 2006 WL 2142565 at *6 (1st Cir. Aug. 2, 2006), the court read Dixon v. United States, ___ U.S. ___, 126 S. Ct. 2437 (2006), as placing the burden of proof on the defendant. The instruction otherwise is modeled on Sixth Circuit Instruction 6.06.