UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-80 S

KACEY JONES :

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**

NOW comes the defendant, Kacey Jones, and, files this supplemental memorandum of law in support of his motion to dismiss. Defendant files this motion to dismiss in response to information confirmed by the prosecutor on July 9, 2007.

1. Newly Acquired Information

Defense counsel has learned that the contractual structure between the various entities who own and manage the Wyatt Detention Center is as follows:

a) The United States Marshals Service has a contract with the Central Falls Detention Center Corporation, which in turn, has a management contract with Cornell Corrections of Rhode Island, Inc., who hired the alleged victim in this case, James Laurie.

b) The statute in question, 18 U.S.C. § 1114, as alleged in the instant indictment, criminalizes an assault on a person who is "assisting" a government

"officer or employee in the performance of such duties". If there is an additional "layer" between Laurie, the person who was assaulted, then the connection between the official duties that were allegedly interfered with by Mr. Jones is all that much more attentuated. Arguably, Laurie was assisting private "officers" or "employees", the persons affiliated with the Central Falls Detention Center Corporation, at the time of the alleged assault.

KACEY JONES,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281

**<u>CERTIFICATION</u>**

I hereby certify that I served a copy of the within motion to Richard Rose, AUSA by way of ECF case filing on July 9, 2007.

/s/ Edward C. Roy, Esquire