UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-80 S

KACEY JONES :

**MOTION TO CONTINUE**

NOW comes the defendant, Kacey Jones, and, moves to continue the jury empanelment, currently scheduled for July 10, 2007, for one month on the grounds that there is additional information relevant to the pending motion to dismiss that is critical for the court to hear. The information is contained in a supplemental memorandum filed along with this motion.

KACEY JONES,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281

# CERTIFICATION

I hereby certify that I served a copy of the within motion to Richard Rose, AUSA by way of ECF case filing on July 9, 2007.

/s/ Edward C. Roy, Esquire