IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No.06-80S |
| | ) | |
| KACEY JONES | ) | |

REVISED GOVERNMENT'S MEMORANDUM IN SUPPORT
OF ITS OBJECTION TO DEFENDANT'S
MOTION TO DISMISS

On page 5 of Government's memorandum it states, ". . . a private prison management firm hired by the U.S. Marshal's Service." In fact, the U.S. Marshal's Service has an agreement with the Central Falls Detention Facility Cooperation, a quasi-public body, for the CFDFC to supply housing, safe keeping, and subsistence of federal prisoners at the Wyatt Facility. The CFDFC in turn hired Cornell Corrections, a private company, to operate the Wyatt Facility. The corrections officer who was assaulted by defendant was an employee of Cornell Corrections.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

s/ZECHARIAH CHAFEE
Zechariah Chafee
RI Bar #3364
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
zechariah.chafee@usdoj.gov

CERTIFICATE OF SERVICE

On this 9th day of July, 2007, I caused the Revised Government's Memorandum in Support of Its Objection To Defendant's Motion To Dismiss to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Edward C. Roy, Esq.
Assistant Federal Defender
Office of the Federal Public Defender
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

s/ZECHARIAH CHAFEE
Zechariah Chafee
RI Bar #3364
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
zechariah.chafee@usdoj.gov