UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUL 10 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-80 S

KACEY JONES :

**DEFENDANT'S NOTICE OF INTENT TO PLEAD GUILTY**

The defendant, Kacey Jones, hereby notices the court of his intention to enter a guilty plea to the indictment, charging him with assaulting, resisting, opposing, impeding, intimidating and interfering with James Laurie, in violation of 18 U.S.C. §§ 111(a)(1) and (b) and 1114.

Kacey Jones
Defendant, Kacey Jones

Edward C. Roy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I hand-delivered a copy of the within to Zechariah Chafee, AUSA on the 10th day of July, 2007.