IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. 06-080S |
| vs. | ) | |
| | ) | |
| KACEY JONES | ) | |

GOVERNMENT'S MOTION TO MOVE THE GUILTY
PLEA PROCEEDING FROM MONDAY, JULY 16
TO THURSDAY, July 12

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, and hereby moves to reschedule the guilty plea proceeding from Monday, July 16, to Thursday, July 12, for the reasons set forth in the accompanying Memorandum.

Respectfully submitted,
UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
RI Bar #3364
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email:zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 11th day of July, 2007, I caused the within Government’s Motion to Move The Guilty Plea Proceedings From Monday, July 16 To Thursday, July 12 to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Edward C. Roy, Jr., Esquire
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) CR. No.06-80S
)
KACEY JONES )

GOVERNMENT'S MEMORANDUM IN SUPPORT
OF ITS MOTION TO MOVE THE GUILTY
PLEA PROCEEDING FROM MONDAY, JULY 16
TO THURSDAY, July 12

The Jones guilty plea is scheduled for 9:30a.m., Monday, July 16. This means that the government must be ready to start trial that day or the following day. The victim works in Arizona. He will have to be flown in. All the witnesses will have to take time from their work to be ready. The jurors will have to be called in from their jobs to be ready for jury selection. One benefit of a plea is that the government does not have to focus all its energies on preparing for trial. Yet if for some reason the plea breaks down on Monday, the government must still be ready. This negates a major benefit of a plea.

It would be a huge benefit for all concerned if this plea were scheduled for tomorrow, Thursday, July 16. It should take no more than half an hour and could be done at 8:30a.m. or in the afternoon. AUSA Beckner has told me that her hearing which is scheduled for 10:00a.m. Thursday morning and that afternoon will not need an afternoon session. The plea could be done that afternoon or before 10:00a.m.

I have conferred with Assistant Federal Defender Edward C. Roy and he has no objection to what I am moving for. If the Court needs to hear more, the government could come to chambers after 2:30p.m.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
RI Bar #3364
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email:zechariah.chafee@usdoj.gov

CERTIFICATE OF SERVICE

On this 11th day of July, 2007, I caused the Government's Memorandum in Support of Its Motion To Move the Guilty Plea Proceeding from Monday, July 16 to Thursday, July 12 to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Edward C. Roy, Esq.
Assistant Federal Defender
Office of the Federal Public Defender
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

s/ZECHARIAH CHAFEE
Zechariah Chafee
RI Bar #3364
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
zechariah.chafee@usdoj.gov