**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-80S** |
| | ) | |
| **KACEY JONES** | ) | |

---

**MOTION TO WITHDRAW MOTION TO DISMISS**

NOW COMES the accused, Kacey Jones, and moves to withdraw his motion to dismiss filed in this case. In support of this motion defense counsel states that the defendant has agreed to withdraw his motion in view of the fact that he entered a guilty plea on July 12, 2007.

Respectfully submitted
Kacey Jones
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Fax: (401) 528 - 4285
Edward_Roy@fd.org

**CERTIFICATION**

I hereby certify that a copy of the within motion was delivered by electronic notification to Richard Rose, Assistant United States Attorney, on July 12, 2007.

/s/ Edward C. Roy, Jr.