UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-080 S

KACEY JONES :

MOTION TO CONTINUE SENTENCING

NOW comes the defendant, Kacey Jones, and moves to continue the sentencing hearing, scheduled for October 19, 2007 for an additional thirty (30) days to allow counsel to complete an investigation of the career offender predicate offenses set out in the Pre-Sentence Report. Defense counsel also requests that the time for filing objections be enlarged to allow the defendant to file objections to the Pre-Sentence Report on or before October 31, 2007. The government does not object to this motion.

KACEY JONES,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the foregoing motion to Zechariah Chafee, AUSA by way of ECF case filing on the 20th day of September, 2007.

/s/ Edward C. Roy, Esquire