UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-080 S

KACEY JONES :

MOTION TO ENLARGE TIME FOR FILING OBJECTIONS

NOW comes the defendant, Kacey Jones, and moves that the time for filing objections be enlarged to allow the defendant to file objections to the Pre-Sentence Report on or before November 22, 2007. Defense counsel has attempted to obtain transcripts for the defendant's career offender predicate offenses and has not yet received the transcripts from Hampden County, Massachusetts Superior Court.

KACEY JONES,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the foregoing motion to Zechariah Chafee, AUSA by way of ECF case filing on the 31st day of October, 2007.

/s/ Edward C. Roy, Esquire