UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-080 S

KACEY JONES :

MOTION TO CONTINUE SENTENCING AND TO ENLARGE TIME FOR FILING OBJECTIONS

NOW comes the defendant, Kacey Jones, and moves to continue his sentencing and that the court enlarge the time for filing objections be enlarged to allow the defendant to file objections to the Pre-Sentence Report on or before December 15, 2007. Defense counsel has attempted to obtain transcripts for the defendant's career offender predicate offenses and has not yet received the transcripts from Hampden County, Massachusetts Superior Court.

KACEY JONES,
By his attorney,

/s/ Edward C. Roy
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the foregoing motion to Zechariah Chafee, AUSA by way of ECF case filing on the 21st day of November, 2007.

/s/ Edward C. Roy, Esquire