United States District Court
for the District of Rhode Island

United States of America

vs. Case No. CR06-80S

Kacey Jones

**EXHIBIT RECEIPT**

Defendant's Sentencing Exhibit(s)- A

Signature of Attorney:

David A. DiMarzio, Clerk

Deputy Clerk